# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3:05-CV-508-C

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| v | ) |
| | ) **ORDER** |
| DIEBOLD ELECTION SYSTEMS, INC., | ) |
| Defendant. | ) |

THIS MATTER is before the court on Defendant's Motion for Admission *Pro Hac Vice* Ralph E. Jocke, Patricia A. Walker, and Nancy L. Reeves filed January 27, 2006.

Upon careful review and consideration, this Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Ralph E. Jocke, Patricia A. Walker, and Nancy L. Reeves are directed to pay the admission fee of ONE HUNDRED AND NO/100 DOLLARS ($100.00) each to the Clerk of Court within ten (10) days from the date of the filing of this order.

IT IS SO ORDERED, this ____ day of January 2006.

_____
United States District Magistrate Judge