IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Barry W. THOMAS,<br>    Plaintiff,<br><br>v.<br><br>DIEBOLD ELECTION SYSTEMS, INC.,<br>    Defendant. | Civil Action No. 3:05cv508 |

## ORDER OF DISMISSAL

Upon joint motion of plaintiff Barry W. Thomas and defendant Diebold Election Systems, Inc., for an order of dismissal pursuant to a confidential settlement agreement, it is hereby ORDERED that this matter is DISMISSED with prejudice.

Each party shall bear its own costs and attorney fees.

Signed: May 26, 2006

_____
Robert J. Conrad, Jr.
United States District Judge